IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 OCT -3 P 2:18

CLERK'S OFFICE
AT GREENBELT

BY ___GB___ DEPUTY

Olajumoke O. Ogunfiditimi & Mehlek Dawveed   *

4816 Abbyville Place

Olney, Maryland 20832   *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.   *   Civil No.: __AW 12 CV 2935__
*(Leave blank. To be filled in by Court.)*

Department of Treasury & Internal Revenue Service

Memphis, Tennessee 37501-0010   *

Keith E. Belkin, et al

11510 Georgia Avenue - 2nd Floor   *

Wheaton, Maryland 20902-1925
*(Full name and address of the defendant(s))*
**Defendant(s)**   *
******

## COMPLAINT

1. Jurisdiction in this case is based on:

   [✓] Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   [✓] Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   [✓] Other (explain) Plaintiff's Claims and/or Lawsuit encompasses "ALL" Businesses, Organizations, Institutions and/or Affiliates of the Department of Treasury, Internal Revenue Service and Keith E. Belkin, thereby referencing "et al" after Defendants.

2.  The facts of this case are:

The Defendants; Department of Treasury, Internal Revenue Service and Keith E. Belkin, et al have refused to adhere to the Civil Rules and Procedures related to the Acknowledgement of Appearance by Counsel of Record - Gerald A. Role# 04674 in care of Counsel Rod J. Rosenstein United States Attorney dated May 14, 2012 in Civil Case No. 8:12-CV-0711 DKC "Notice of Appearance" of which requires that "ALL" legal, administrative and/or enforcement actions via mail, phone, statements from third-party, etc.. lodged against the Plaintiff's, without the Consent and/or Approval of the Counsel of Record is a "Frivolous Claim" punishable by law;

Executive Order 13490 of January 21, 2009 Ethics Commitments by Executive Branch Personnel Sec.5. Enforcement (a) The contractual, fiduciary, and ethical commitments in "Ethical Pledge" provided for herein are solely enforceable by the United States pursuant to this section by "ANY" legally available means, including debarment proceedings within "ANY" affected Executive Agency or Judicial Civil Proceedings for declaratory, injunctive or monetary relief - Violations:

USC>TITLE 18>PART 1>CHAPTER 96> 1962 (Prohibited Activities)

USC>TITLE 18>PART 1>CHAPTER 47> 1016 (Acknowledgement of Appearance)

USC>TITLE 18>PART 1>CHAPTER 1> 2 (Principals)

USC>TITLE 18>PART 1>CHAPTER 19> 371 (Conspiracy to commit offense or defraud U.S.)

FEDERAL RULES of Civil Procedure - Rule 4 (Summons)

Code of Federal Violations (CFR) - 31 CFR 0.102 (Policy)

Code of Federal Violations (CFR) - 31 CFR 1.11 (c) Department Policy

Code of Federal Violations (CFR) - 31 CFR 0.208 (Falsification of Official Records)

USC>TITLE 31>SUBTITLE 1>CHAPTER 3>SUBCHAPTER 1> 301 (Department of Treasury)

3. The relief I want the court to order is:

☑ Damages in the amount of: $300,000,000.00 (Three hundred million dollars)

☑ An injunction ordering: Permanent Injunction against the Defendant's barring ANY/ALL Debt Collections; liens, levy, taxes, foreclosure, notices etc... against Plaintiff's until Judgement.

☑ Other (explain) Legal protection for Olajumoke O. Ogunfiditimi and Mehlek Dawveed from "ANY" additional harassment, abuse and/or delinquency from "ALL" of the Defendants.

10/3/2012
(Date)

*Dawveed* (ATTORNEY-IN-FACT)
(Signature)

PRO SE, MEHLEK DAWVEED
4816 ABBYVILLE PLACE
OLNEY, MD 20832
(301) 774-2598
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.